E-filing

# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

OCT  5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 03-00095-2
)
Aly Mohsen )
)

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ October 20, 2006 _____ be continued until _____ December 8, 2006 _____ at _____ 10:30 a.m. _____.

Date:  9/28/2006

William B. Shubb
Senior United States District Judge

NDC-PSR-009 12/06/04