FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT ALY MOHSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMR MOHSEN, et al.<br><br>Defendants. | CASE NO. CR 03-0095 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXONERATING PROPERTY BOND POSTED FOR ALY MOHSEN AND ORDER DIRECTING THE CLERK OF THE COURT TO RECOVEY THE PROPERTY. |

**STIPULATION**

Defendant, ALY MOHSEN, by and through his attorneys moves this Court for an order directing the exoneration of the property Bond posted as bail with this Court, and for an order directing the Clerk of the Court to re-convey the property.

1. The defendant was indicted in connection with the above-captioned matter.

2. On or about May 16, 2003, Aly Mohsen posted a property bond as bail in order to secure his release pending trial.

3. The defendant entered into a plea agreement and was sentenced on December 8, 2006.

4. The defendant has not been found to be in violation of the Release Order. He is entitled to the exoneration of the property bond posted with this Court.

CASE NO. CR 03-0095 WBS -1-

\CEP\711287.1
113006-13227001

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: FEBRUARY 20, 2007 | | BERLINER COHEN |
| | BY: | /s/CHRISTIAN E. PICONE<br>FRANK R. UBHAUS<br>CHRISTIAN E. PICONE<br>ATTORNEYS FOR ALY MOHSEN |
| DATED: FEBRUARY 20, 2007 | | KEVIN V. RYAN<br>UNITED STATES ATTORNEY |
| | BY: | /s/KYLE WALDINGER<br>ROBIN L. HARRIS<br>KYLE WALDINGER<br>ASSISTANT UNITED STATES ATTORNEYS |

## **ORDER**

Good cause appearing, it is ORDERED that the property bond posted for Aly Mohsen is exonerated.

It is further ORDERED that Richard W. Weiking, Clerk of the Court, shall fully re-convey all estate, title and interest now held as Trustee under the Deed of Trust dated May 28, 2003 and recorded June 3, 2003.

Dated: February 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CASE NO. CR 03-0095 WBS                    -2-

\CEP\711287.1
113006-13227001

PDF created with pdfFactory trial version www.pdffactory.com